Appendix A
United States Courts
Southern District of Texas
F I L E D

JUN 08 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Dorian Hale §
§
versus §   CIVIL ACTION NO. 4:21cv1858
§
Walmart Stores, Inc. §
§
§
§

# EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Dorian Hale

   Address: 1015 Sugarfield ct. Sugarland Tx. 77498

   County of Residence: Fort Bend

3. The defendant is: Scott Foreman For Walmart Stores Inc

   Address: C/o littler medelson, P.C 2301 mcGee st, Suite 800 Kansascity, MO. 64108

   ☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on 10|01|2019 with the Equal Opportunity Commission.

5. On the date of 03|12|2021, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☒ race

(b) ☐ color

(c) ☐ sex

(d) ☒ religion

(e) ☐ national orgin, *and disability*

(F) *Retaliation*

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☒ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☐ other: _____

7. When and how the defendant has discriminated against the plaintiff: *Race 6/2017 to May 2018 Sup. called me raghead nigga, stated they do not like city niggas, or Chicago niggas on numerous occasions. Religion - 6/30/17 - 10/19 store manager questioned my religion. sup. called me Raghead on various occasions. Disability - Store manager suspended me until I was to bring a dr. note stating I had a disability I didn't. Retaliation - was not given breaks or lunches as per policy. may 1/18 - 4/19/20*

8. The plaintiff requests that the defendant be ordered: *wrongful termination - fired 60 months later after reporting to Ethics a concern.*

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☒ to <u>The court to award me compensation for almost 3yrs of discrimination and retaliation from Walmart Stores, Inc.</u> and that;

(f) ☒ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: <u>1015 Sugarfield ct</u>
<u>Sugarland Tx. 77498</u>
Telephone: <u>312-975-7112</u>

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>460-2019-06590 |
|---|---|---|

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>**MR. DORIAN V HALE** | Home Phone<br>**(312) 975-7112** | Year of Birth |
|---|---|---|

Street Address                                    City, State and ZIP Code
**1015 SUGARFIELD CT, SUGAR LAND, TX 77498**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**WAL-MART STORES, INC.** | No. Employees, Members<br>**501+** | Phone No.<br>**(281) 403-5000** |
|---|---|---|

Street Address                                    City, State and ZIP Code
**WAL-MART STORES TEXAS, LLC, 5501 HWY 6, MISSOURI CITY, TX 77459**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                                    City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE   ☐ COLOR   ☐ SEX   ☒ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **06-30-2017**   Latest: **04-20-2020**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

This charge is amended to include my termination from employment that occurred on April 20, 2020.

I. I began my employment in June 2017 as a Tire & Lube Associate in the automotive department. I was supervised by Service Manager, Allen McDonald (Black). During my tenure under Mr. McDonald, I was subjected to racial harassment, religious harassment, and was regarded as disabled. Mr. McDonald made racial comments that were witnessed by several other associates including but not limited to: You one of them rag heads? You see these city niggers, yall dont know anything about automotive, I dont like city niggas, They dont like Chicago niggas.

II. I reported harassment and difference in treatment discrimination to the Associate Manager, Mr. Khan, who did nothing but defend Mr. McDonalds actions and behaviors stating that McDonald was just joking. I was disciplined for allegedly disrespecting McDonald

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Dorian Hale on 09-15-2020 10:12 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br>This form is effected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>460-2019-06590 |
|---|---|---|
| **TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** *State or local Agency, if any* | | and EEOC |

although I was not aware of the disciplinary coaching until 7 months later. Due to me reporting disciplinary actions to members of management, I was then regarded as disabled by the Store Manager, Zacardi Morris. Mr. Morris became aware that I was a MMA fighter and stated that I must have had surgeries due to my former profession. I agreed, however, I did not have any disabilities and I had no restrictions. Mr. Morris insisted I obtain a doctors note and moved me to the electronics department because I was a liability. I contested the medical order I was being given and the transfer, but I was still moved departments.

III. On or about May 2018, on my first day working in the electronics department, I was called into the office on three different occasions by Mr. Morris. I was being targeted and nitpicked for small things such as stocking. It became apparent I was being targeted as witnesses noticed the harassment I was being subjected to and advised me not to take that kind of behavior. I was being locked out when taking breaks. This became excessive as today, I have collected over 50 register lock out slips. I was not given my proper breaks or allowed to take my breaks in a timely manner. I filed several complaints through management and the ethics line but no action was taken. The only time Walmart was in my favor was when I called after I was terminated for alleged gross misconduct. I was reinstated within 2 days.

IV. Very recently, the new Store Manager, Gabriel (Hispanic), made the following statement, Sir, I dont know what religion you are but you need to close that ladder. It is important to note that I wear a head turban which caused several negative statements being made to my character and religion.

V. I continued to be targeted and set up by several members of management. In August 2019, I was accused of stealing a Nintendo Switch by Asset Prevention, Karen (Hispanic). This accusation was not supported and untrue, but the hostility and belittlement I went through was demeaning to my person. On September 5, 2019, I was once again accused of stealing two Samsung televisions. This was again proven to be untrue. Karen interrogated me on the floor which is against company policy. Management was fishing for things to accuse me of in relation to theft.

VI. On April 20, 2020, I was terminated from my employment unjustly. This was in retaliation to the Ethics case I opened and the filing of the EEOC Charge of Discrimination.

VII. I believe I was discriminated against because of my race (Black), religion (Muslim), and subjected to retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended, and I believe I was regarded as disabled in violation of the Americans with Disabilities Act (ADA) of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Dorian Hale on 09-15-2020 10:12 AM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Dorian V. Hale<br>1015 Sugarfield Ct<br>Sugar Land, TX 77498 | From: | Houston District Office<br>Mickey Leland Building<br>1919 Smith Street, 7th Floor<br>Houston, TX 77002 |
|---|---|---|---|

[ ]    On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2019-06590 | Patricia Palacios Ware,<br>Investigator | (346) 327-7681 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Patricia Palacios Ware* for            3/12/2021

Enclosures(s)      Rayford O. Irvin,      *(Date Issued)*
District Director

cc:    **Scott Foreman for**           **Lowell Keig, Director**
**WALMART STORES INC.**         **TWC - CIVIL RIGHTS DIV.**
**c/o Littler Mendelson, P.C**       **101 East 15th Street, Room 144-T**
**2301 McGee Street, Suite 800**    **Austin TX 78778-0001**
**Kansas City, MO 64108**

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons                                                                                     Appendix E

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff*<br>v.<br>*Defendant* | Civil Action No. |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: _____
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within \_\_\_\_ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons                                                    Appendix F

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

**WAIVER OF THE SERVICE OF SUMMONS**

To: _____
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                                         _____
                                                                         *Signature of the attorney or unrepresented party*

_____                     _____
*Printed name of party waiving service of summons*                                           *Printed name*

                                                                         _____
                                                                         *Address*

                                                                         _____
                                                                         *E-mail address*

                                                                         _____
                                                                         *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.